United States Court of Appeals
FOR THE EIGHTH CIRCUIT
No. 97-2293

Gene Allen Davenport,                    *
                                         *
        Appellant,                       *
                                         *    Appeal from the United States
        v.                               *    District Court for the
                                         *    District of Nebraska
James P. McKernan,                       *
                                         *    [UNPUBLISHED]
        Appellee.                        *

_____

Submitted: September 3, 1997
    Filed: September 25, 1997

_____

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Gene Allen Davenport appeals from a final order of the United States District Court[1] for the District of Nebraska, dismissing his complaint with prejudice for failing to comply with Federal Rule of Civil Procedure 8, and denying his motion for summary judgment. We have carefully reviewed the record and affirm on the basis of the district court's opinion. See 8th Cir. R. 47B.

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska, adopting the report and recommendation of the Honorable David L. Piester, United States Magistrate Judge for the District of Nebraska.

A true copy.

Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.